## AFFIDAVIT

I, Ryan D. Anschutz, a Task Force Officer with the Federal Bureau of Investigation (FBI), Cleveland Division, being duly sworn, depose and state as follows:

1. I have been employed as a Mansfield Police Officer for approximately eleven years, and am currently assigned to the Cleveland Division, Mansfield Resident Agency's Child Exploitation Task Force. While employed by the Mansfield Police Department and assigned to the FBI, I have assisted in the investigation of federal criminal violations related to Violent Crimes and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI's Innocent Images National Initiative training center and everyday work related to conducting these types of investigations.

2. As a task force officer having received a Special Deputization from the United States Marshal's Office, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. As will be shown below, there is probable cause to believe that Philip Popa Jr. has received, possessed, and/or distributed child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). I am submitting this affidavit in support of an arrest warrant authorizing the arrest of Philip Popa Jr. in Beach City, Ohio.

4. The instant investigation involves a user of "Freenet" — which is an Internet-based, peer-to-peer (P2P) network that allows users to anonymously share files, chat on message boards, and access websites within the network. Law enforcement agents have been investigating child pornography trafficking by Freenet users since at least 2011.

5. During the course of this investigation I reviewed information obtained and logged by law enforcement Freenet computers related to IP address 173.90.126.69 Such information shows that a Freenet user with IP address 173.90.126.69 requested pieces of the child pornography files described below from a law enforcement Freenet computer. With respect to each file – considering the number of requested file pieces, the total number of file pieces required to assemble the file, and the number of peers the user had – the number of requests for file pieces is significantly more than one would expect to see if the user of IP address 173.90.126.69 were merely routing the request of another user. Accordingly – based on my review of those records, my understanding of Freenet, my training and experience, and the fact that the same user requested pieces of multiple child pornography files – I concluded that the user of IP address 173.90.126.69 was the original requestor of each of the described files.

6. On April 21, 2018, between 8:52 AM UTC and 10:20 AM UTC, a computer running Freenet software, with an IP address of 173.90.126.69, with 13.1 peers, requested from a law enforcement computer 136 out of 1786 total pieces needed to assemble a file with a SHA1 digital hash value of ATLOOVASIDQV6JPNOK4Z3MTKWGYFYS6W.[1] I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet.

   a. The file is described as a compressed folder titled "Alena 3yo an dDad (2014).7z. Once the folder is expanded 69 color pictures are observed. 54 of the color pictures were observed to be child pornography. The pictures observed to be child pornography depict a prepubescent child exposing her

---

[1] "SHA1" stands for "secure hash algorithm – 1" and refers to a particular type of cryptographic hash value.

        genitalia and in some of the pictures, what appears to be an adult male hand is observed spreading her genitalia apart for the focal point of the camera.

7. On April 21, 2018, between 9:03 AM UTC and 10:04 AM UTC, a computer running Freenet software, with an IP address of 173.90.126.69, with 13 peers, requested from a law enforcement computer 43 out of 685 total pieces needed to assemble a file with a SHA1 digital hash value of YMHVDJCZSZ4CD6F3TGXR6QSTXPR3XEFI. I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet.

    a. The file is described as a color video that is approximately 5 minutes and 43 seconds long. A prepubescent toddler female is observed laying on her back on a mattress with an adult female with exposed breasts in a mask sitting next to her. Throughout the video the toddler can be heard crying and screaming. The toddler is observed with a diaper on and exposed breasts. The adult female spreads the legs of the toddler, removes the diaper to expose her genitalia. The adult female takes ice cubes and rubs the ice all over the body of the toddler and her genitalia. At approximately 2 minutes into the video, the adult female is observed binding the toddlers feet with rope to a wooden rod, keeping her feet and legs spread apart. The adult female then proceeds to hang the toddler upside down above the mattress and duct tapes her hands to the mattress then places duct tape over the toddler's mouth. The adult female then begins to physically strike with an open hand the toddlers exposed genitalia several times. The adult female then puts what appear to be wooden clothespins on the toddlers exposed nipples and genitalia, while continuing to smack the toddlers exposed genitalia with an open hand. The adult female then lights a candle on fire and

proceeds to drip hot wax on the toddler's exposed genitalia. The video then stops at 5 minutes and 43 seconds.

8. On April 21, 2018, between 9:15 AM UTC and 10:06 AM UTC, a computer running Freenet software, with an IP address of 173.90.126.69, with 13.0 peers, requested from a law enforcement computer 49 out of 633 total pieces needed to assemble a file with a SHA1 digital hash value of IW4WRTR2ALAEQFD2K2NRYYFHTZ46RGPX. I have downloaded the exact same file with the above referenced SHA1 hash value from Freenet.

   a. The file is described as a color video that is approximately 9 minutes 40 seconds in length. A prepubescent toddler female is observed laying on her back on a mattress with her ankles bound by rope to a wooden rod resulting in her legs spread to expose her genitalia. An adult female is observed standing next to the toddler in a mask and pink bra and underwear. It is of note that throughout the entire video the toddler is observed to be screaming and crying. At approximately 18 seconds the video cuts to the toddler being hung upside down above the mattress at which time the adult female removes her bra and forces the toddler's mouth onto the adult female's breasts. The adult female then removes her underwear, holds the toddlers arms behind her back then forces the toddler's face onto the adult female's genitalia. The adult female then duct tapes the toddler's arms behind her back and places tape over her mouth. The adult female then uses a black object to penetrate the toddler's genitalia while beating her repeatedly with what appears to be a leather strap, while the black object remained inserted in the toddler's genitalia. The adult female is then observed burning the toddler with the fire from a candle all over the toddler's body and then

       dripping wax onto the toddler's exposed genitalia. Then at about 9 minutes, the adult female returns to striking the toddler repeatedly with what appears to be a leather strap. The adult female then removes the tape from the toddler's mouth and forces the toddlers face into the adult female's genitalia, at which time the adult female walks off of the mattress and the video ends.

9. Using publicly available search tools, law enforcement determined that IP address 173.90.126.69 was controlled by Internet Service Provider ("ISP") Time Warner Cable.

10. On June 01, 2018, affiant queried the IP address 173.90.126.69 through the American Registry for Internet Numbers (ARIN), which reported that this IP address was registered to Time Warner Cable. Results from administrative subpoenas sent to Time Warner Cable for the date and times that the above-described files were downloaded revealed the IP address was assigned to the account registered to "James Skelly," at XXX Redwood Street SW, Beach City, Ohio; email address wowsaddie@twc.com; telephone number 330-324-XXXX; account number XXXXX9203; and the active IP address date of 12/19/2017 (numbers intentionally redacted for privacy).

11. On July 17, 2018, a federal search warrant was issued for the residence at XXX Redwood Street SW, Beach City, Ohio.

12. On July 18, 2018, a federal search warrant was executed at XXX Redwood Street SW, Beach City, Ohio. Contact was made with a resident, Philip Popa Jr during the execution of the search warrant. Popa was located in his upstairs bedroom of the residence. Popa agreed to an interview with Investigators.

13. On July 18, 2018, during a consensual interview with Popa, he advised that he has viewed and downloaded child pornography to the HP laptop computer that was lying

next to him in his bedroom. Popa further advised that about six (6) months ago he was seeking out child pornography on the internet, specifically on "Freenet". Popa explained the basic functioning of how "Freenet" works then described a video that he downloaded and viewed stating "I downloaded a clip of a video from the Philippians that people talked about where an infant was abused and killed." Popa described that he remembered seeing a toddler in the video with an adult female and "something with an ice cube". For reference the file being described is consistent with the file described in 7 (a) and 14 (a) of this affidavit.

14. A forensic preview of the HP laptop computer was conducted and found to contain child pornography. The files as previously described in this affidavit were located on the computer as well. 19 video files of child pornography were located during the forensic preview of the hard drive. Below are a sample of some of the files located during the forensic preview:

   a. **SHA1:** YMHVDJCZSZ4CD6F3TGXR6QSTXPR3XEFI, **TITLE:** Lux_Leak 1.mp4. The file is described as a color video that is approximately 5 minutes and 43 seconds long. A prepubescent toddler female is observed laying on her back on a mattress with an adult female with exposed breasts in a mask sitting next to her. Throughout the video the toddler can be heard crying and screaming. The toddler is observed with a diaper on and exposed breasts. The adult female spreads the legs of the toddler, removes the diaper to expose her genitalia. The adult female takes ice cubes and rubs the ice all over the body of the toddler and her genitalia. At approximately 2 minutes into the video, the adult female is observed binding the toddlers feet with rope to a wooden rod, keeping her feet and legs spread apart. The adult female then proceeds to hang the toddler upside down above the mattress

and duct tapes her hands to the mattress then places duct tape over the toddler's mouth. The adult female then begins to physically strike with an open hand the toddlers exposed genitalia several times. The adult female then puts what appear to be wooden clothespins on the toddlers exposed nipples and genitalia, while continuing to smack the toddlers exposed genitalia with an open hand. The adult female then lights a candle on fire and proceeds to drip hot wax on the toddler's exposed genitalia. The video then stops at 5 minutes and 43 seconds.

b. **SHA1:** HXV5QZDISYXNOTFEOTFEOT23SQDWL6VGG6FS **TITLE:** 8yo_webcam_dog_treat_003.AVI. This file is described as a color video approximately 3 minutes and 54 seconds in length. A prepubescent female child is observed laying on what appears to be a brown couch. While on the couch she is observed pulling her shorts down and while laying on her back, allowing a black dog to lick her genitalia in front of the video camera. The prepubescent child then lays on her stomach while the dog appears to lick her anus, then the child turns back over and positions the camera on a close up of her genitalia while the dog is observed licking her exposed genitalia.

c. **SHA1:** RZR34UHU6WCJ4QB65K2P2PCTJG5RXWEL **TITLE:** kyky Baby Fucked – Hurtcore.avi. This file is described as a color video approximately 2 minutes and 18 seconds in length. A prepubescent baby is observed laying down with no pants or diaper on and exposed genitialia. The baby is heard crying throughout the entire video. During the video an adult male hand is observed spreading the baby's legs apart for the camera to see the exposed genitalia at which time an adult male penis is observed penetrating the baby's genitalia while they engage in genital to genital intercourse. At approximately

2 minutes and 10 seconds the adult male is observed to ejaculate onto the baby's exposed genitalia and legs.

## CONCLUSION

15. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Philip Popa Jr. did receive and distribute child pornography and has violated Title 18 U.S.C. § 2252A(a)(2).

_____
Ryan D. Anschutz
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me this 19 day of July, 2018

_____
HONORABLE GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE